**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kevin Robert Adell (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Bishop George Bloomer
c/o Michael N. Hanna
Morgan & Morgan
2000 Town Center, Suite 1900
Southfield, MI 48076

Contact

Contact phone

**What is the nature of the claim?** Judgment entered in Case No. 2:22-cv-12433-SKD-DRG; Eastern District of Michigan — $62,200,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured) $62,200,000.00
Value of security: - $0.00
Unsecured claim $62,200,000.00

**2**

Bodman PLC
c/o Amanda McSween Empey, Esq.
1091 St. Antoine
Detroit, MI 48226

**What is the nature of the claim?** Attorney Fees — $118,144.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Kevin Robert Adell Case number *(if known)*

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**3**

Bodman PLC
c/o Amanda McSween Empey, Esq.
1091 St. Antoine
Detroit, MI 48226

Contact

Contact phone

**What is the nature of the claim?** Attorney Fees $93,161.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**4**

Chubb
PO Box 7247-0180
Philadelphia, PA 19170

Contact

Contact phone

**What is the nature of the claim?** Property Insurance Premium - 4519 Thornville $55,723.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**5**

Chubb
PO Box 7247-0180
Philadelphia, PA 19170

Contact

Contact phone

**What is the nature of the claim?** Property Insurance Premium -459 Martell $20,619.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**6**

Chubb
PO Box 7247-0180
Philadelphia, PA 19170

**What is the nature of the claim?** Auto insurance premium $18,762.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Kevin Robert Adell Case number *(if known)*

☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**7**

City of Bloomfield Hills
45 E. Long Lake Rd.
Bloomfield Hills, MI 48304

Contact

Contact phone

**What is the nature of the claim?** 2026 Property Taxes -459 Martell Property $43,833.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**8**

County of Lapeer
255 Clay Street
Lapeer, MI 48446

Contact

Contact phone

**What is the nature of the claim?** 2025 Property Taxes -4519 Thornville Property $11,974.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**9**

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2K
Cincinnati, OH 45263

Contact

Contact phone

**What is the nature of the claim?** personal guarantee of business loan $1,325,397.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Kevin Robert Adell Case number *(if known)*

**10**

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2K
Cincinnati, OH 45263

Contact

Contact phone

**What is the nature of the claim?** Personal Guarantee of business loan — $559,477.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**11**

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2K
Cincinnati, OH 45263

Contact

Contact phone

**What is the nature of the claim?** personal guarantee of business loan — $237,682.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**12**

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2K
Cincinnati, OH 45263

Contact

Contact phone

**What is the nature of the claim?** personal guarantee of business loan — $213,333.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**13**

FLC Leasing LLC
500 N. Federal Hwy
Pompano Beach, FL 33062

**What is the nature of the claim?** 2023 Dodge Charger 7,045 miles — $47,262.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Kevin Robert Adell Case number *(if known)*

Contact

Contact phone

☒ Yes. Total claim (secured and unsecured) $47,262.00
Value of security: - Unknown
Unsecured claim $47,262.00

---

**14**

Internal Revenue Service
c/o A. Monroe Revenue Agent
4210 Metro Parkway, Suite 115
Fort Myers, FL 33916

Contact

Contact phone

**What is the nature of the claim?** 2021-2023 Income Taxes $12,076,145.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**15**

Internal Revenue Service
P.O. Box 1214
Charlotte, NC 28201

Contact

Contact phone

**What is the nature of the claim?** 2025 Income Taxes $1,513,210.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**16**

Internal Revenue Service
c/o Ms. Cheri Reese
Appeals Officer
1000 S. Pine Island Rd.
Fort Lauderdale, FL 33324

Contact

Contact phone

**What is the nature of the claim?** 2024 Income Taxes $1,170,958.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**17**

IRS -Estate and Gift Tax Div
c/o Daniel M. Caves, Trial Atty
PO Box 55
Washington, DC 20044

**What is the nature of the claim?** Estate and Gift Tax $22,000,000.00

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Kevin Robert Adell Case number *(if known)*

Contact

Contact phone

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**18**

Kostelanetz LLP
7 World Trade Center
250 Greenwich St F34
New York, NY 10007

Contact

Contact phone

**What is the nature of the claim?** Attorney fees $57,968.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**19**

Oakland County Treasurer
1200 N. Telegraph Rd.
Pontiac, MI 48341

Contact

Contact phone

**What is the nature of the claim?** 2025 Property Taxes -459 Martell Property $65,539.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**20**

Rosy Brothers, Inc.
5727 Dryden Rd.
Decker, MI 48426

Contact

Contact phone

**What is the nature of the claim?** Farm equipment repairs -4519 Thornville $15,502.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Kevin Robert Adell | Case number *(if known)* ____________

**X** /s/ Kevin Robert Adell
Kevin Robert Adell
Signature of Debtor 1

Date October 23, 2026

**X** ____________
Signature of Debtor 2

Date ____________



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy