Certificate Number: 00349-FLM-CC-041589808

00349-FLM-CC-041589808

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 22, 2026, at 3:46 o'clock PM EDT, Kevin Adell received from Consumer Debt Counselors, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: October 22, 2026

By: /s/Sahily Cremonesi

Name: Sahily Cremonesi

Title: Customer Success Manager

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).