UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re: Case No. 2:26-bk-02722-FMR
Chapter 11

KEVIN R. ADELL

Debtor.
_______________________________________/

**DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY**

Kevin R. Adell (the "Debtor"), pursuant to Local Rule 2081-1, files his Chapter 11 Case Management Summary (the "Summary"). For the Summary, the Debtor states the following:

## I. Description of Debtor's Business

In 1988, the late Franklin Z. Adell ("F. Adell") formed Adell Broadcasting Corporation ("Adell Broadcasting") in Michigan which operates under WADL-TV. In 2000, the Debtor founded the Word Network Operating Company, Inc. ("Word Network"). In 2013, the Debtor reorganized Word Network as a for-profit S-Corp, and incorporated in Michigan and Delaware. Today, Word Network is the largest privately owned African-American religious broadcasting service in the world. Word Network uses broadcasting technology to air Christian programming and gospel music with most cable providers and online streaming services. In 2016, the Debtor further expanded the Word Network's reach by founding the Adell Radio Group, also a S-Corp ("Adell Radio"), operating under AM-WFDF.

In 2017, the Debtor formed Orville Properties, LLC ("Orville Properties") for real estate development. Presently, Orville Properties owns two (2) plats of land in the City of Novi, Michigan ("Novi"). The Debtor holds a treasury bond investment which is secures a stand-by letter of credit with Novi. The two (2) plats of land are intended for sale, but there is no activity at this time.

## II. Location of Debtor's Operations and Whether Leased or Owned

The Debtor owns several properties jointly with his non-filing spouse. The Word Network headquarters are located at 20733 W. 10 Mile Road, Southfield, MI 48075 ("Word Headquarters"), and is not subject to this instant bankruptcy. The Word Headquarters is fully owned by the Word Network within the S-Corp. The Debtor's homestead is located at 636 14th Ave. S., Naples, Florida ("636 14th Ave. Property") jointly owned with the Debtor's non-filing spouse. The Debtor also owns properties located at: 230 Chilean Ave., Palm Beach, Florida ("230 Chilean Property"); 4519 Thornville Rd., Metamora, Michigan ("4519 Thornville Property"); and, 8621 N. Mandan Rd., Provo, Utah ("8621 Mandan Property"). The real property located at 4519 Thornville Road operates as a ranch that does not generate any additional income to the Debtor. These properties are owned tenancy-by-the-entireties.

The Orchard Lake Property Trust dated June 6, 2005 ("Orchard Lake Trust") appointed Ralph G. Lameti as trustee. The Orchard Lake Trust purchased the real property located at 459 Martell Drive, Bloomfield Hills, Michigan ("Orchard Lake Property") on or about August 15, 2005. The Debtor does not have any ownership tied to the Orchard Lake Property, but individually pays for property maintenance and uses the home as a residence when working and visiting in Michigan. This property is currently involved in the litigation between the Internal Revenue Service and the Debtor as described below.

## III. Reasons for Filing Chapter 11 and Debtor's Business Operations

*Internal Revenue Service*

On April 24, 2023, Plaintiff, United States of America filed a Complaint against the Debtor and others for unpaid federal estate and gift tax liabilities of the Estate of Franklin Z.

Adell styled *United States of America v. Kevin Adell, et al.*, Case No. 2:23-cv-10957-JJCG-EAS, pending in the Eastern District of Michigan ("Tax Probate Litigation"). The Internal Revenue Service ("IRS") was preparing to file a motion for summary judgment in the Tax Probate Litigation seeking a total of $22,000,000.00 for outstanding Estate and Gift Taxes before this bankruptcy case was filed.

Between 2023-2026, the IRS has served Notices of Federal Tax Liens on the Debtor's various properties. On April 23, 2023, the IRS recorded a federal tax lien on the 636 14th Ave. Property for 2021 income taxes. On February 23, 2024, the IRS recorded a federal tax lien on the 636 14th Ave. Property for 2022 income taxes. On June 12, 2025, the IRS recorded a federal tax lien on the 636 14th Ave. Property for 2023 income taxes. On January 27, 2026, the IRS recorded a federal tax lien on the 636 14th Ave. Property for 2024 income taxes.

On June 26, 2023, the IRS recorded a federal tax lien on the 230 Chilean Property for 2021 income taxes. On February 23, 2024, the IRS recorded a federal tax lien on the 230 Chilean Property for 2022 income taxes. On June 12, 2025, the IRS recorded a federal tax lien on the 230 Chilean Property for 2023 income taxes. On January 27, 2026, the IRS recorded a federal tax lien on the 230 Chilean Property for 2024 income taxes.

On April 28, 2023, the IRS recorded a federal tax lien on the 4519 Thornville Property for 2021 income taxes. On February 2, 2026, the IRS recorded a federal tax lien on the 4519 Thornville Property for 2024 income taxes.

On March 30, 2023, the IRS recorded a federal tax lien on the Orchard Lake Property for outstanding Estate and Gift Taxes subject to the Tax Probate Litigation. On April 28, 2023, the IRS recorded a federal tax lien on the Orchard Lake Property for 2021 income taxes. The Debtor

disputes the validity of the Notice of Federal Tax Lien on the Orchard Lake Property, as he is not trustee to the Orchard Lake Property Trust.

On October 14, 2026, the IRS served a Notice of Levy on the Debtor for unpaid income taxes between 2021-2023 for the aggregate amount of $12,076,145.26 ("Notice of Levy"). On October 22, 2026, the IRS served a Notice of Federal Tax Lien ("2026 Notice of Lien") against the Debtor on his personal real property located at 8621 Mandan, Provo, Utah, and a renewal of the notices of federal tax liens on the Debtor's homestead property located at 636 14th Ave. S. Naples, Florida, and the property located at 459 Martell Dr., Bloomfield Hills, MI held by the Orchard Lake Property Trust. The Debtor disputes the lien on the 459 Martell property as the property is held by the Trust.

Despite the Debtor's repeated efforts between 2023 and 2026 to negotiate a payment plan, the IRS has refused to enter into an installment agreement, citing the Debtor's inability to remain current on his present tax liabilities. The Tax Probate Litigation seeks to determine if the Debtor has Trustee, Successor, or Transferee Liability for his late father's, Franklin Adell, Estate and Gift Tax. The IRS further implicated the Debtor's income tax obligations over the course of the lawsuit. The Debtor historically paid the balance due on his taxes through bank financing. Following the public disclosure of the Debtor's tax situation in the Tax Probate Litigation, banks will no longer extend credit to the Debtor to fund payment of his IRS liability.

*Litigation*

Since 2022, the Debtor has been involved in several pieces of litigation that have tied up his personal income. On October 12, 2022, Plaintiff, George Bloomer filed a Complaint against the Debtor and others for breach of contract and unjust enrichment styled *Bloomer v. The Word Network Operating Company, Inc.*, Case No. 2:22-cv-12433-NGE-DRG, currently pending post-

verdict in the Eastern District of Michigan ("Bloomer Litigation"). A trial was held in the Bloomer Litigation on October 7, 2026 and the Jury rendered a verdict on October 14, 2026, in favor of Mr. Bloomer against the Debtor, individually, Word Network, and Church of the Word. Although a verdict has been rendered, final judgment has not yet been entered, post-trial motions have or will be filed. Mr. Bloomer retained bankruptcy counsel who sought relief from the stay, and an agreed order will be entered.

On April 24, 2023, Plaintiff, United States of America filed the Tax Probate Litigation. The Court has scheduled a Bench Trial for August 2, 2027. Among a monetary judgment, the United States of America has demanded stock membership interests in Adell Broadcasting, and the 459 Martell Property.

On September 11, 2023, Plaintiff, Joan Adell Tringale, filed a Complaint against the Debtor for improper allocation of trust assets styled *Joan Adell Tringale v. Kevin Adell*, Case No. 2:23-cv-12309-SKD-CI, concluded in the Eastern District of Michigan ("Trust Asset Litigation"). On July 30, 2025 the Debtor filed his Motion for Summary Judgment, and the Court entered its Order and Opinion Granting Motion for Summary Judgment on July 14, 2026.

Related to the Federal Trust Asset Litigation, Plaintiff Eric Pernie filed a Complaint against Orville Properties LLC, the Debtor and others styled, *Eric Pernie, et al. v. Orville Properties LLC et al.*, Case No. 2025-215483-CZ, pending in the Sixth Judicial Circuit, Oakland County, Michigan. The Debtor has filed a motion to dismiss that is set for hearing in November 2026.[1]

As a result of the pending litigation and the IRS's aggressive collection efforts, the Debtor is unable to service his debts, secure financing to pay them, or liquidate any assets, including his

[1] On September 19, 2023, Plaintiff, Nielson Lipson filed a Complaint against the Debtor styled, *Nielson Lipson v. Kevin Adell*, Case No. 2023-202720-CB in the Sixth Judicial Circuit, Oakland County, Michigan. The Court filed its Final Disposition on April 23, 2026, the Debtor has paid the judgment due, and the case is currently closed.

business. The Debtor now seeks to utilize the Chapter 11 process to restructure his debts and make distributions to creditors efficiently and effectively in compliance with the Bankruptcy Code.

**IV. List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing**

Given that the Debtor is an individual, this section is not applicable in this case.

**V. Debtor's Annual Gross Revenues**

The Debtor's gross income for the year ending December 31, 2024 was approximately $4,357,464.00 comprised of $645,208.00 in salary earned from Word Network and Adell Broadcasting, collectively, and $3,712,256.00 in shareholder distributions. The Debtor's gross income for the year ending December 31, 2025 was approximately $5,664,684.00 comprised of $618,653.00 in salary earned from Word Network and Adell Broadcasting, collectively, and $5,046,031.00 in shareholder distributions in the S-corps. The Debtor's gross income as of October 23, 2026 is approximately $3,090,100.00 comprised of $645,208.00 in salary earned from Word Network and Adell Broadcasting, collectively, and $2,444,892.00 in shareholder distributions, subject to reconciliation.

**VI. Amounts Owed to Various Classes of Creditors**

Although the Debtor has not filed his Schedules or Statements of Financial Affairs, the Debtor believes that the creditors will be comprised of the following:

a. **Vehicle Leases**:

The Debtor has entered into nine (9) lease agreements for the following vehicles. In or around the year 2022, the Debtor and FLC Leasing LLC ("FLC Leasing") entered into a lease agreement for a 1949 Buick Roadmaster with VIN 15235854, which is a part of the Debtor's personal antique car collection.

In or around the year 2023, the Debtor and Mercedes-Benz Financial Services ("Mercedes-Benz Financial") entered into a lease agreement for a 2022 Mercedes-Benz G63 with VIN W1NYC7HJ1NX456578. The Debtor also entered into a second lease agreement with Mercedes-Benz Financial for a 2023 Mercedes-Benz G63 with VIN W1NYC7HJ3PX468489. The Debtor also entered into a lease agreement with Ford Motor Credit Company ("Ford Motor Credit") for a 2023 F-450 with VIN 1FT8W4DT1PED19868.

In or around the year 2024, the Debtor and FLC Leasing entered into a lease agreement for a 2024 Ineos Grenadier with VIN SC6GM1CA4RF010166. The Debtor also entered into a lease agreement with FLC Leasing for a 2023 Dodge Charger with VIN 2C3CDXL96PH586198.

In or around the year 2025, the Debtor entered into a lease agreement with Audi Financial Services for a 2025 Audi Stationwagon with VIN WUA1DBF22SN910464.

In or around the year 2026, the Debtor and Mercedes-Benz Financial entered into a lease agreement for a 2026 Mercedes-Benz Maybach with VIN W1K6X7KBXTA362497. The Debtor also entered into a lease agreement with FLC Leasing for the 1965 Shelby Cobra 289 with VIN AE9BMAAH2L1MT1087.

The Debtor has requested copies of the underlying agreements and reserves all rights regarding their characterization, treatment, and the amounts owed, including the right to supplement or amend this disclosure as more information becomes available.

**b. Secured Claims:**

The Debtor's primary secured claims include the four (4) mortgages granted through Fifth Third Bank for the Debtor's properties: (i) 636 14th Ave. Property, (ii) 230 Chilean Property, (iii) 4519 Thornville Property, and (iv) 8621 Mandan Property, a personal loan granted to the Debtor secured by the 4519 Thornville Property, and a vehicle purchase agreement.

On or about May 8, 2003, CoAmerica Bank, now known as Fifth Third Bank, as successor by merger ("Fifth Third Bank") granted the Debtor and his non-filing wife a mortgage for the 636 14th Ave. Property. On or about September 14, 2020, the Debtor refinanced his mortgage with Fifth Third Bank for the principal amount of $2,880,000.00 for the 636 14th Ave. Property. The Debtor and his non-filing wife claim the Florida Homestead Exemption for this property.

On or about August 29, 2013, Fifth Third Bank granted the Debtor and his non-filing wife a mortgage in the original principal amount of $3,300,000.00 for the 8621 Mandan Property. The Debtor believes they owe the approximate principal amount of $1,843,571.00.

On or about November 6, 2018, Fifth Third Bank granted the Debtor and his non-filing wife a mortgage for the 230 Chilean Property. On or about January 24, 2020, the Debtor refinanced his mortgage in the amount of $2,985,000.00. The Debtor believes they owe the approximate principal amount of $2,493,702.00.

On or about August 20, 2014, Fifth Third Bank granted the Debtor and his non-filing wife a mortgage in the original principal amount of $1,600,000.00 for the 4519 Thornville Property. The Debtor believes they owe the approximate principal amount of $1,401,306.

On or about September 8, 2016, Fifth Third Bank also granted the Debtor and his non-filing wife a personal home equity loan in the original principal amount of $1,400,00.00 which is also secured by the 4519 Thornville Property. The Debtor believes they owe the approximate principal amount of $1,400,000.00. The Debtor has been making interest only payments throughout the course of the loan.

On or about September 2, 2023, the Debtor entered into a vehicle purchase agreement with Ford Motor Credit for the purchase of a 2023 Ford F-450 with VIN 1FT8W4DT1PED19868 in the original principal amount of $112,095.35. The Debtor believes he owes $56,592.00.

**Priority Claims:**

The Debtor believes he owes the approximate aggregate amount of $14,760,313.00 to the Internal Revenue Service for unpaid income taxes for the years 2021, 2022, 2023, 2024, and 2025. The Notice of Levy and 2026 Notice of Lien were served on October 23, 2026.

The Debtor believes he owes the approximate amount of $11,974.00 to the County of Lapeer, Michigan for 2025 property taxes owed for the 4519 Thornville Property.

The Debtor believes he owes the approximate amount of $4,004.00 to Dryden Township, Michigan for 2026 property taxes for 4519 Thornville Property.

In the Tax Probate Litigation, the United States of America has moved for summary judgment, claiming the Debtor is personally liable for $22,000,000.00 plus pre- and post-judgment interest under 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c). The Debtor disputes this claim, and the claim remains contingent and unliquidated.

**c. Unsecured Claims:**

On or about October 14, 2026, the jury rendered a verdict against the Debtor. Per the the Jury Verdict Form in the Bloomer Litigation, the jury found the following: (i) $15,720,000.00 against the Debtor, individually, (ii) $44,480,000.00 against Word Network and Church of the Word, collectively, and (iii) unjust enrichment of $2,000,000.0 for the benefit of Word Network and Church of the Word, for an aggregate judgment amount of $62,200,000.00. Although a verdict has been rendered, final judgment has not yet been entered, but post-trial motions are expected. Mr. Bloomer's bankruptcy counsel filed a motion for relief from stay and an agreed order will be submitted.

The approximate amount the Debtor owes to other general unsecured creditors is approximately $434,469.00, which primarily consists of legal fees, insurance premiums, and

property maintenance. The Debtor has also guaranteed certain business debts owed to Fifth Third Bank in the approximate amount of $2,335,889.00, which are current and being serviced by the companies. The Debtor reserves all rights with respect to the status and amount of the claims.

**VII. <u>General Description and Approximate Value of Debtor's Current Fixed Assets – Real Estate</u>**

The Debtor's personal home located at 636 14th Ave. S., Naples, FL 34102 is valued at $6,094,967.00 pursuant to the 2025 just/market appraisal completed by Collier County Property Appraiser. The 2026 estimated value is $6,245,612.00. The Debtor owns the 636 14th Ave. Property tenancy by the entirety with his non-filing spouse and designates 636 14th Ave. as his homestead. The Debtor intends to appraise the personal property in the 636 14th Ave. Property.

The Debtor's additional property located at 230 Chilean Ave., Palm Beach, Florida 33480 is valued at $7,705,207.00 pursuant to the 2025 just/market appraisal completed by Palm Beach County Property Appraiser. The 2026 estimated value is $8,112,544.00.

The Debtor's third property located 4519 Thornville Road, Metamora, Michigan 48455 including surrounding plats of land is valued at approximately at the state equalized value of $2,740,900.00 pursuant to Michigan Compiled Law Section 211.27 (a) (1) "property shall be assessed at 50% of its true cash value." The Debtor values the 4519 Thornville property and surrounding plats at an approximate market rate of $8,000,000.00.

The Debtor's fourth property located 8621 N. Mandan Road, Provo, Utah, 84604 is valued at $3,512,900.00 pursuant to the 2025 just/market appraisal completed by Utah County Property Appraiser. The 2026 estimated value is $4,378,300.00.

**VIII. <u>Number of Employees and Amounts of Wages Owed as of Petition Date</u>**

The Debtor is an individual and does not have any employees or owe any wages.

**IX. Status of Debtor's Payroll and Sales Tax Obligations**

The Debtor did not owe any payroll taxes on the Petition Date.

**X. Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date**

The Debtor anticipates filing an Emergency Motion for Use of Cash Collateral.

**XI. Debtor' Strategic Objectives**.

The Debtor will utilize the Chapter 11 process to restructure his debts and make distributions to creditors efficiently and effectively in compliance with the Bankruptcy Code.

WHEREFORE, the Debtor respectfully submits the foregoing as his Case Management Summary.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Case Management Summary has been furnished on October 28, 2026, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing and John Anthony, Esq., Anthony and Partners at janthony@anthonyandpartners.com.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Angelina E. Lim
Angelina E. Lim (FBN: 0158313)
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: angelinal@jpfirm.com
*Proposed Attorneys for Debtor*