UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/13/2026 10:30 AM

COURTROOM 9A

HONORABLE LUIS RIVERA

CASE NUMBER: FILING DATE:

**2:26-bk-02722-FMR** **11** **10/23/2026**

**Chapter 11**

**DEBTOR:** Kevin Adell

**DEBTOR ATTY:** **Angelina Lim**

**TRUSTEE:** **NA**

**HEARING:**

(1) Emergency Motion for Relief from Stay Regarding Michigan District Action. (Fee Paid.) Re: Intentional Tort Claim. Filed by John A Anthony on behalf of Creditor George Bloomer (Attachments: # [1] Mailing Matrix # [2] Exhibit # [3] Exhibit)Modified on 10/26/2026 (DSK). Doc #6

- Response to Emergency Motion for Relief from Stay regarding Michigan District Action Filed by Angelina E Lim on behalf of Debtor Kevin Robert Adell (related document(s)[6]). (Lim, Angelina) Doc #14

~(2) Emergency Motion to Use Cash Collateral Filed by Angelina E Lim on behalf of Debtor Kevin Robert Adell; Doc.# 24

**APPEARANCES:**: Angelina Lim, Kevin Adell, John Anthony, Daniel Weiner, John Below, Jonathan Weirich, Adisley Cortez Rodriguez

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Emergency Motion for Relief from Stay Regarding Michigan District Action. (Fee Paid.) Re: Intentional Tort Claim. Filed by John A Anthony on behalf of Creditor George Bloomer (Attachments: # [1] Mailing Matrix # [2] Exhibit # [3] Exhibit)Modified on 10/26/2026 (DSK). Doc #6 - Agreed order granting per parties agreement O/Anthony

- Response to Emergency Motion for Relief from Stay regarding Michigan District Action Filed by Angelina E Lim on behalf of Debtor Kevin Robert Adell (related document(s)[6]). (Lim, Angelina) Doc #14

~(2) Emergency Motion to Use Cash Collateral Filed by Angelina E Lim on behalf of Debtor Kevin Robert Adell; Doc.# 24 - Interim order granting use of cash collateral on terms outlined in motion, replacement liens, file actual to budget variance report 2 business days prior to continued hearing, continued to 12/16/2026 at 9:30 am O/Lim
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.