ORDERED.

**Dated: November 13, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re: Chapter 11

KEVIN R. ADELL, Case No.: 2:26-bk-02722-FMR

Debtor.
_________________________/

**UNCONTESTED ORDER GRANTING**
**BISHOP GEORGE BLOOMER'S EMERGENCY MOTION FOR**
**RELIEF FROM STAY REGARDING MICHIGAN DISTRICT ACTION [DOC. NO. 6]**

THIS CAUSE came before this Court without hearing, to consider the "Bishop George Bloomer's Emergency Motion for Relief from Stay Regarding Michigan District Action" (the "Relief from Stay Motion") [Doc. No. 6], filed on October 25, 2026. In the Relief from Stay Motion, Bishop George Bloomer ("Bishop Bloomer"), seeks the order of this Court terminating or modifying the automatic stay to allow certain litigation, styled George Bloomer, et. al v. Kevin Adell, et. al, Case No. 2:22-cv-12433-SKD-DRG (the "Michigan District Action") to proceed in the U.S. District Court for the Eastern District of Michigan (Detroit) (the "Michigan District Court").

On October 27, 2026, Kevin R. Adell (the "Debtor") filed his "Debtor's Response to Bishop George Bloomer's Emergency Motion for Relief from Stay Regarding Michigan District Action" (the "Stay Motion Response") [Doc. No. 14]. Based on the parties' agreement, this Court finds modification of the automatic stay appropriate to enable the Michigan District Court to

entertain any post-verdict motions, enter final judgment, and to allow Bishop Bloomer and the Debtor to engage in post-judgment motions practice and through adjudication of any appeal or other proceedings, exclusive of enforcement. In the Stay Motion Response, the Debtor does not contest the relief requested. This Court is advised that the Debtor consents to the relief set forth herein. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

This Court, being fully advised in the premises, and concludes that stay relief is appropriate to the extent set forth herein. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED that:**

1. The Relief from Stay Motion is hereby granted to the extent provided herein.

2. The automatic stay imposed by Bankruptcy Code §362(a) is hereby modified for cause, under Bankruptcy Code §362(d)(1), to permit all parties to the Michigan District Action to liquidate the claims asserted therein, and timely adhere to the briefing schedule and other orders of the Michigan District Court, such that the Michigan District Court may consider any motions filed after the rendering of the verdict, enter final judgment, entertain all post-judgment motions practice and enter final judgment as it relates to the debtor, Kevin Adell, exclusive of enforcement.

3. All relief granted herein is in personam, and not in rem, such that Bishop Bloomer shall take no action against the Debtor to collect on any judgment, to create any form of judgment lien in any jurisdiction, or to otherwise impact property of the estate as defined in Bankruptcy Code §541(a) outside of the context of this Reorganization.

*Attorney John A. Anthony, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*